NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT G. GENUNG,               )
                                )
        Appellant,              )
                                )
v.                              )        Case No.  2D17-3986
                                )
CAROLINE L. CONSTANTINO as      )
Personal Representative of the Estate of  )
MARTHA A. GENUNG, Deceased,     )
                                )
        Appellee.               )
_____ )

Opinion filed May 16, 2018.

Appeal from the Circuit Court for Collier
County; Geoffrey H. Gentile, Judge.

Shayna K. Cavanaugh of the Law Office of
Shayna K. Cavanaugh, P.A., Naples, for
Appellant.

Mark V. Silverio and Brian M. Silverio of
Silverio & Hall, P.A., Naples, for Appellee.


PER CURIAM.

        Affirmed.


LaROSE, C.J., and SILBERMAN and SALARIO, JJ., Concur.